IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

WILLIE HANDY                                                                        PLAINTIFF

v.                                                                              No. 4:07CV201-P-D

CHRISTOPHER EPPS, ET AL., ET AL.                                                 DEFENDANTS

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

Upon consideration of the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated May 16, 2008, was on that date duly served by mail upon the *pro se* plaintiff at his last known address; that more than ten days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been filed or served by any party. The court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore **ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated May 16, 2008, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2. That all of the plaintiff's claims against defendants Epps, Kelly, Battle, and DeAngelo are hereby **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted.

3. That the plaintiff's claims against defendants Carter, Johnson, Mazes, and Carr shall proceed.

THIS, the 16th day of June, 2008.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE