IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**WILLIE HANDY**                                                                                                 **PLAINTIFF**

**v.**                                                                      **No. 4:07CV201-P-D**

**CHRISTOPHER EPPS, ET AL., ET AL.**                             **DEFENDANTS**

**ORDER ADOPTING
REPORT AND RECOMMENDATION**

Having considered the file and records in this case, the court finds that the Report and Recommendation of the United States Magistrate Judge dated September 3, 2009, was on that date duly served by mail upon the *pro se* plaintiff at his last known address; that more than ten days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been filed or served by any party. The magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore **ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated September 3, 2009, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2. All of the plaintiff's claims against defendant Roy Carr are **DISMISSED** with prejudice.

THIS, the 27th day of October, 2009.

                                                        /s/ W. Allen Pepper, Jr.
                                                        W. ALLEN PEPPER, JR.
                                                        UNITED STATES DISTRICT JUDGE