UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

WILLIE HANDY                                PLAINTIFF

v                                              CAUSE NO.: 4: 07 CV 201 P-D

CHRISTOPHER EPPS, ET AL                    DEFENDANTS

### AFFIDAVIT OF SYLVIA S. OWEN

STATE OF MISSISSIPPI
COUNTY OF LEE

      PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the aforesaid state and county, the within named, Sylvia S. Owen, who after first being by me duly sworn, deposes and says:

1. I am the attorney for the Plaintiff, and the facts contained herein are true and correct to my personal knowledge and belief;
2. Plaintiff filed his Complaint in this cause *pro se* on December 5, 2007. Plaintiff's claim included $300,000.00 in compensatory damages and $500,000 in punitive damages. He is also entitled to court costs, expenses and attorney's fees pursuant to Rule 55 (b)(1);
3. The Clerk of this Court entered a Default against Sheila Johnson on May 13, 2010, after she failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure;
4. This Affidavit is executed by the Affiant herein in accordance with Rule 55)b) of the Federal Rules of Civil Procedure for the purpose of enabling the Plaintiff to obtain a Default Judgment against Defendant Sheila Johnson for her failure to answer or otherwise defend as to Plaintiff's Complaint.

FURTHER Affiant saith not.

                                                                       s/Sylvia S. Owen
                                                       Attorney for Plaintiff, Willie Handy