IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**WILLIE HANDY**                                                                      **PLAINTIFF**

v.                                                                                                                       **No. 4:07CV201-P-D**

**CHRISTOPHER EPPS, ET AL., ET AL.**                               **DEFENDANTS**

**FINAL JUDGMENT ADOPTING
REPORT AND RECOMMENDATION**

Upon consideration of the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated June 24, 2010, was on that date served upon the parties; that more than fourteen days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been filed or served by any party. The magistrate judge's Report and Recommendation will be approved and adopted as the opinion of the court. It is, therefore **ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated June 24, 2010, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2. That judgment is hereby **ENTERED** in favor of the plaintiff Willie Handy against defendants Shelia Johnson and Derex Mayes in the amount of $5,000.00 in compensatory damages.

3. That judgment is hereby **ENTERED** in favor of the plaintiff Willie Handy against defendants Shelia Johnson and Derex Mayes in the amount of $5,000.00 in punitive damages.

4. Liability for these judgments is joint and several.

THIS, the 8th day of September, 2010.

                                                      /s/ W. Allen Pepper, Jr.
                                                      W. ALLEN PEPPER, JR.
                                                      UNITED STATES DISTRICT JUDGE